FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 1 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01686-BNB

LEO SIMMONS,

    Plaintiff,

v.

KEVIN MILYARD, Warden,
SCOTT, Captain,
LONG, Head Case Manager,
BRIAN URILIC, Case Manager, and
LT. KISAL,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Leo Simmons, is in the custody of the Colorado Department of Corrections and currently is incarcerated in the Correctional Facility at the Sterling, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on July 6, 2011, Magistrate Judge Craig B. Shaffer instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Plaintiff to submit a certified copy of his trust fund statement for the six-month period immediately preceding the initiation of this action. Magistrate Judge Shaffer warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Plaintiff has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed

without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __11th__ day of ____August____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01686-BNB

Leo Simmons
Prisoner No. 62094
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 11, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk